SO ORDERED.

Dated: June 24, 2016

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BRADLEY HAYNES AND ANGELIC HAYNES,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:16-bk-04791-EPB<br><br>**ORDER APPROVING TRUSTEE'S MOTION TO EXTEND THE AUTOMATIC STAY**<br><br>11 U.S.C. § 362(h)(2) |

This Court, having reviewed and considered the *Trustee's Motion to Extend the Automatic Stay* ("Motion") and after notice and opportunity for objection and no objections having been received, and good cause appearing;

**IT IS HEREBY ORDERED** approving Trustee's Motion and extending the automatic stay through and including September 5, 2016.

**DATED AND SIGNED ABOVE**