DIANE M. MANN  
P.O. BOX 12970  
SCOTTSDALE, AZ  85267-2970  
(480) 451-3053  

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 7 |
| | ) |
| HAYNES, BRADLEY | ) Case No. 16-04791-PHX-EPB |
| HAYNES, ANGELIC | ) |
| | ) NOTICE OF TRUSTEE'S INTENT |
| | ) TO ABANDON PROPERTY |
| Debtor(s) | ) |

NOTICE IS GIVEN that DIANE M. MANN, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate: RESIDENCE- 7126 W MERCER LN., PEORIA, AZ 85345

Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with the United States Bankruptcy Court, UNITED STATES BANKRUPTCY COURT, 230 N 1ST AVE, STE 101, PHOENIX, AZ 85003. A copy of the objection shall be mailed forthwith to the Trustee and his attorney at the following address:

TRUSTEE: DIANE M. MANN, P.O. BOX 12970, SCOTTSDALE, AZ  85267-2970  
ATTORNEY FOR TRUSTEE: DAWN MAGUIRE, ESQ., GUTTILA MURPHY ANDERSON, PC, 5415 E HIGH ST., STE 200, PHOENIX, AZ 85054

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

July 17, 2016                                    /s/ DIANE M. MANN  
    DATE                                        DIANE M. MANN, Trustee