**GUTTILLA MURPHY ANDERSON, P.C.**
Dawn M. Maguire (Ariz. No. 20368)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: dmaguire@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Trustee Diane Mann

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>BRADLEY HAYNES AND ANGELIC HAYNES,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:16-bk-04791-EPB<br><br>**BAR DATE NOTICE REGARDING TRUSTEE'S SECOND MOTION TO EXTEND THE AUTOMATIC STAY**<br><br>**11 U.S.C. § 362(h)(2)** |

**NOTICE IS HEREBY GIVEN** that Diane Mann, the Chapter 7 Trustee in the above-captioned case, filed a *Trustee's Second Motion to Extend the Automatic Stay* under 11 U.S.C. § 362(h)(2) ("Motion") and requests the Court extend the automatic stay as to the property of the estate for an additional period of ninety (90) days or through December 5, 2016. A complete copy of same is on file with the Clerk of the Court and available for inspection.

Any party opposing the Motion must, within 21 days of service of this Notice, file a written objection and request for hearing with the United States Bankruptcy Court, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003 and serve a copy upon Trustee's counsel at the address listed above.

DATED: August 19, 2016

**GUTTILLA MURPHY ANDERSON, P.C.**

*/s/ Dawn M. Maguire #20368*
Dawn M. Maguire
Attorneys for Chapter 7 Trustee

| | |
|---|---|
| 1 | **E-FILED** on August 19, 2016 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case. |
| 2 | |
| 3 | **COPY** mailed and/or e-mailed (as indicated) on the same date to: |
| 4 | |
| 5 | Diane Mann (email)<br>*Chapter 7 Trustee* |
| 6 | Bradley Haynes<br>Angelic Haynes<br>7126 West Mercer Lane<br>Peoria, AZ 85345<br>*Debtors* |
| 7 | |
| 8 | |
| 9 | James R. Gaudiosi<br>Jim Gaudiosi, Attorney at Law PLLC<br>15396 N. 83rd Ave., Suite D-102<br>Peoria, AZ 85381<br>*Counsel for the Debtors* |
| 10 | |
| 11 | |
| 12 | Renee Shamblin<br>Office of the United States Trustee<br>230 N. First Ave., Suite 204<br>Phoenix, AZ 85003-1706 |
| 13 | |
| 14 | |
| 15 | By the Bankruptcy Noticing Center to all parties on the Debtors' Master Mailing List |
| 16 | */s/ Monica J. Baca* |