**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | Chapter 7 |
|---|---|
| BRADLEY HAYNES AND ANGELIC HAYNES, | Case No. 2:16-bk-04791-EPB |
| Debtors. | **ORDER APPROVING TRUSTEE'S MOTION TO EXTEND THE AUTOMATIC STAY** |
| | **11 U.S.C. § 362(h)(2)** |

This Court, having reviewed and considered the *Trustee's Second Motion to Extend the Automatic Stay* ("Motion") and after notice and opportunity for objection and no objections having been received, and good cause appearing;

**IT IS HEREBY ORDERED** approving Trustee's Motion and extending the automatic stay through and including December 5, 2016.

**DATED AND SIGNED ABOVE**