**SO ORDERED.**

**Dated: December 23, 2016**

**Eddward P. Ballinger Jr., Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>BRADLEY HAYNES AND ANGELIC HAYNES,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:16-bk-04791-EPB<br><br>**ORDER APPROVING TRUSTEE'S MOTION TO EXTEND THE AUTOMATIC STAY**<br><br>**11 U.S.C. § 362(h)(2)** |

This Court, having reviewed and considered the *Trustee's Third Motion to Extend the Automatic Stay* ("Motion") and after notice and opportunity for objection and no objections having been received, and good cause appearing;

**IT IS HEREBY ORDERED** approving Trustee's Motion and extending the automatic stay through and including April 5, 2017.

**DATED AND SIGNED ABOVE**